UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACQUELINE MAY MEYER,<br><br>    Plaintiff,<br>  v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 20-01666-VEB<br><br>ORDER<br>AWARDING EAJA FEES<br><br>VICTOR E. BIANCHINI<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorneys' fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND FOUR HUNDRED DOLLARS ($6,400.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 5, 2021

                         /s/Victor E. Bianchini
                         VICTOR E. BIANCHINI
                         UNITED STATES MAGISTRATE JUDGE